

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION
(559) 233-1004
CVBFRESNO@caed.uscourts.gov
## NOTICE AND ORDER OF TRAFFIC SCHOOL

Your request to attend traffic school for the violation number listed below has been GRANTED.  However, please note that you are ineligible to attend traffic school if you meet any of the following: 1) you have attended any form of traffic school due to a moving violation of the Vehicle Code within the last 18 months from the date of the violation number referenced below, 2) you possess a commercial driver's license or 3) if you were cited for speeding, and you were cited for traveling more than 25 miles over the posted speed limit.

***Failure to comply with the following instructions will result in the reporting of the offense to the DMV.***

<u>**TRAFFIC SCHOOL INSTRUCTIONS**</u>

1) **Completion date:** _____07/08/2026_____.  **No time extensions will be granted for any reason.**
   Your Traffic School Completion Certificate, Fine Payment and a Copy of this Notice **MUST** be received by the Central Violations Bureau prior to the completion date to avoid reporting of the violation to the DMV.  <u>Do NOT pay your fine prior to completing traffic school.</u>

2) Enroll / register with a California DMV certified Traffic School, (either an in-person or Internet school).  Please consult your local DMV, telephone directory or internet for a listing of traffic schools.  Please DO NOT contact the Clerk's Office or the Central Violations Bureau regarding this information.
   **NOTE**: When enrolling / registering for traffic school, select a school that will mail your completion certificate to you.  DO NOT select a school that will send your documents to the Superior Court of the County where you reside or w@ereÁ[ ˇ¦ ticketÁ æ Á•ˇ^å.  Ùạ&^Áou have a federal ticket, your completion certificate MUST beÁ àcæạ^åÁaˆÁ[ ˇÁæạ å provided àˆÁ ˆ[ ˇ Áto the Central ViolationsÁBureau.  If you fail to do so, this may result in your ticket being reported to DMV.

3) Complete traffic school and obtain proof of completion prior to the date listed above.
   **NOTE:** You are responsible for noting your completion date for providing proof of completion of traffic school.  Neither the Court nor the Central Violations Bureau will provide this information to you or provide you an extension of time.

4) Mail your <u>TRAFFIC SCHOOL COMPLETION CERTIFICATE, FINE PAYMENT and COPY of THIS NOTICE & ORDER</u> to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

**NOTE**: Do NOT mail these documents to any other address for the Central Violations Bureau or to any other address you received in previous notices.  This NOTICE supersedes all other correspondence regarding your violation notice. Fine payments may be paid by check or money order payable to the U.S. Courts, or you may pay by credit card by completing the form below and faxing it, along with your documents, to (210) 301-6401.  <u>Write your violation number on all correspondence.</u>

Date: _____April 9, 2026_____          /s/ *Stanley A. Boone* _____
                                          U.S. Magistrate Judge

---

| U. S. Courts - CVB P.O. Box 780549 San Antonio, TX 78278-0549 (800) 827-2982 | LOCATION CODE | VIOLATION NUMBER | COLLATERAL (Amount Due) |
|---|---|---|---|
| | CA74 | E1463422 | $280.00 |

| DEFENDANTS NAME AND ADDRESS | TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING: | | |
|---|---|---|---|
| ERIK DOKHOLIAN 10046 SAMOA AVE APT 311 TUJUNGA, CA 91042 | Credit card type: ☐ VISA  ☐ MC  ☐ AMEX  ☐ DISCOVER Card holder name: Credit card number: Telephone number: Expiration date: Signature: | | |

Notice and Order of Traffic School